**SO ORDERED.**

**SIGNED this 18th day of October, 2018.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NC & VA Warranty Company, | ) | Case No. 15-80016 |
| Inc., dba 1st Choice | ) | |
| Mechanical Breakdown | ) | Chapter 7 |
| Coverage, | ) | |
| | ) | |
| _____ Debtor. | ) | |
| | ) | |
| Sara A. Conti, Trustee for | ) | |
| NC & VA Warranty Company, | ) | |
| Inc., dba 1st Choice | ) | |
| Mechanical Breakdown | ) | |
| Coverage, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 15-09032 |
| | ) | |
| The Fidelity Bank and | ) | |
| Dealers Assurance Company, | ) | |
| | ) | |
| _____ Defendants. | ) | |

**ORDER AMENDING MEMORANDUM OPINION
DENYING MOTIONS FOR SUMMARY JUDGMENT**

On September 27, 2018, the Court denied the Motions for the

reasons set forth in the Memorandum Opinion Denying Motions for

1

Summary Judgment.  ECF No. 204 (the "Opinion").  In the Opinion, the Court exercised its statutory authority under 28 U.S.C. § 157, but erroneously cited § 157(b)(2)(H).  The Court's statutory authority to hear and determine the matters set forth in the pleadings is under §§ 157(b)(2)(A), (B), (C), or (O).

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Opinion is hereby amended to reflect the Court's exercise of its statutory authority over the proceeding pursuant to §§ 157(b)(2)(A), (B), (C), or (O).

[End of Document]

**PARTIES TO BE SERVED**

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Sara A. Conti
P.O. Box 939
Carrboro, NC 27510

J. Alexander S. Barrett
Hagan, Barrett & Langley,
PLLC
300 North Greene Street,
Suite 200
Greensboro, NC 27401

The Fidelity Bank
c/o Mary W. Willis,
Registered Agent
100 S. Main Street
P.O. Box 8 (27526-0008)
Fuquay-Varina, NC 27526

Holmes Harden
301 Fayetteville Street,
Suite 1700
Raleigh, NC 27061

Michael S. Kolman
Newhouse, Prophater, Kolman &
Hogan, LLC
5025 Arlington Centre Blvd.,
Suite 400
Columbus, Ohio 43220

D. Wesley Newhouse
Newhouse, Prophater, Kolman &
Hogan, LLC
5025 Arlington Centre Blvd.,
Suite 400
Columbus, Ohio 43220

Andrew L. Turscak, Jr.
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, Ohio 44114

Alan F. Berliner
Michael L. Dillard
Thompson Hine, LLC
41 South High Street, Suite
1700
Columbus, Ohio 43215

John Paul H. Cournoyer
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517